# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRENDA D. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-1241-F |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Brenda D. Williams filed this action seeking judicial review of the Social Security Administration's denial of disability insurance and supplemental security income benefits. Magistrate Judge Bernard M. Jones issued a Report and Recommendation on November 28, 2016 (doc. no. 27), recommending that the court affirm the Commissioner's decision. In his Report, the Magistrate Judge advised the parties of their right to file objections by December 12, 2016, and advised that failure to file timely objections would result in waiver of the right to appeal the factual and legal issues addressed in the Report. Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report. With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Jones as stated in his Report and

Recommendation. The Social Security Administration's decision denying disability insurance and supplemental security income benefits is **AFFIRMED**.

Dated this 14th day of December, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-1241p002.wpd